UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE KURTA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:12-CV-01957-GP |

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　/s/ Ross S. Enders
　　　　　　　　　　　　　　　　　Ross S. Enders, Esq.
　　　　　　　　　　　　　　　　　SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
　　　　　　　　　　　　　　　　　200 Route 31 North, Suite 203
　　　　　　　　　　　　　　　　　Flemington, NJ 08822
　　　　　　　　　　　　　　　　　Phone: (908) 751-5941
　　　　　　　　　　　　　　　　　Fax: (908) 751-5944
　　　　　　　　　　　　　　　　　renders@sessions-law.biz
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 11th day of June 2012, a true and correct copy of the foregoing was sent via facsimile and United States mail to Plaintiff's counsel as described below.

Craig Thor Kimmel, Esq.
KIMMEL & SILVERMAN PC
30 E. Butler Pike
Amber, PA 19002
Phone: 215-540-8888
Email: kimmel@creditlaw.com
Attorney for Plaintiff
Jacqueline Kurta

/s/ Ross S. Enders
Ross S. Enders, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.