UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE KURTA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:12-cv-1957-GP |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Ross S. Enders | /S/ Craig Thor Kimmel |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID # 89840 | Attorney ID # 57100 |
| Sessions, Fishman, Nathan & Israel, LLC | Kimmel & Silverman, P.C. |
| 200 Route 31 North, Ste. 203 | 30 E. Butler Pike |
| Flemington, NJ 08822 | Ambler, PA 19002 |
| Phone: (908) 751-5941 | Phone: (215) 540-8888 |
| Facsimile: (908) 751-5944 | Facsimile: (877) 788-2864 |
| Email: renders@sessions-law.biz | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: June 12, 2012 | Date: June 12, 2012 |

BY THE COURT:

_____
J.
